**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

TIMOTHY J. HOFFMAN AND KAREN D.   :   No. 263 MAL 2017
HOFFMAN, HIS WIFE,   :
  :   Petition for Allowance of Appeal from
            Petitioners   :   the Order of the Superior Court
  :
  :
          v.   :
  :
  :
JAMES P. SNELL, ANADARKO E & P   :
COMPANY, LP, AND CHESAPEAKE   :
APPALACHIA, LLC,   :
  :
          Respondents   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.